# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

GRADY NEWINGHAM
ADC #108395

MALIK A. KHABIR
A/K/A LEROY McCOY
ADC #106881                                                                                                  PLAINTIFFS

V.                                        NO: 5:06CV00275 WRW/HDY

BENNY MAGNESS *et al.*                                                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff Khabir's motion for a temporary restraining order and/or a preliminary injunction (Doc. No. 65) is DENIED.

Also, by Order (Doc. No. 21) entered on December 12, 2006, I stayed the Order (Doc. No. 19) adopting a Partial Report and Recommendations (Doc. No. 12) pending receipt of Plaintiffs' objections (Doc. No. 58) that were later file marked on December 12, 2006. I have reviewed the objections. The stay is no longer in effect and the December 12, 2006 Order stands.

DATED this 6th day of March, 2007.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE