# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

GRADY NEWINGHAM
ADC #108395

MALIK A. KHABIR
A/K/A LEROY McCOY
ADC #106881                                                                                    PLAINTIFFS

V.                           NO: 5:06CV00275 WRW/HDY

BENNY MAGNESS *et al.*                                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiffs' motion for class action certification (docket entry #94) is DENIED.

DATED this 24th day of April, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE