## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

GRADY NEWINGHAM
ADC #108395

MALIK A. KHABIR
A/K/A LEROY McCOY
ADC #106881                                                                                          PLAINTIFFS

V.                                       5:06CV00275 WRW/HDY

BENNY MAGNESS *et al.*                                                                               DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiffs' motion for a preliminary injunction (docket entry #137) is DENIED.

2.      Plaintiffs' motion for an order to consolidate (docket entry #139) is DENIED AS MOOT.

DATED this 19th day of November, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE