# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

GRADY NEWINGHAM
ADC #108395

MALIK A. KHABIR
A/K/A LEROY McCOY
ADC #106881                                                                                         PLAINTIFFS

V.                                          NO: 5:06CV00275 WRW

BENNY MAGNESS *et al.*                                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.     Defendants' motion for summary judgment (docket entry #152) is GRANTED, and Plaintiffs' complaint is DISMISSED WITH PREJUDICE.

2.     Plaintiffs' motion for summary judgment (docket entry #192) is DENIED.

3.     All other pending motions are DENIED AS MOOT.

4.     Because all of Plaintiffs' federal claims should be dismissed, Plaintiffs' state claims are DISMISSED WITHOUT PREJUDICE.

DATED this 18th day of March, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE