**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

GRADY NEWINGHAM
ADC #108395

MALIK A. KHABIR
A/K/A LEROY McCOY
ADC #106881                                                                    PLAINTIFFS

V.                                          NO: 5:06CV00275 WRW

BENNY MAGNESS *et al.*                                                        DEFENDANTS

<u>**JUDGMENT**</u>

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice with respect to Plaintiffs' state law claims, and with prejudice in all other respects; the relief sought is denied.

DATED this 18th day of March, 2008.


                                        /s/Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE