**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

GRADY NEWINGHAM

MALIK A. KHABIR
A/K/A LEROY McCOY
ADC #106881                                                                                           PLAINTIFFS

V.                                      NO: 5:06CV00275 JLH/HDY

BENNY MAGNESS *et al.*                                                                      DEFENDANTS

**ORDER**

On June 30, 2010, the Court entered an order denying Plaintiff Malik A. Khabir's motion for appointment of counsel (docket entry #258). Khabir has now moved for reconsideration of that order. However, Khabir has offered no facts or law to cause the Court to believe that decision should be modified. Accordingly, Khabir's motion (docket entry #262) is DENIED.

IT IS SO ORDERED this   14   day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE