IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GRADY NEWINGHAM;                                                                              PLAINTIFFS
MALIK A. KHABIR, ADC #106881

v.                                        NO. 5:06CV00275 JLH-HDY

BENNY MAGNESS, et al.                                                                          DEFENDANTS

## ORDER

Malik A. Khabir has filed a motion for an extension of time within which to file objections to the report and recommendations submitted by United States Magistrate Judge H. David Young on October 19, 2010. The motion is GRANTED. Document #276. The time within which Khabir must submit objections is extended up to and including December 6, 2010.

IT IS SO ORDERED this 3rd day of November, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE