**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

GRADY NEWINGHAM; and                                                                                  PLAINTIFFS
MALIK A. KHABIR, ADC #106881,
a/k/a Leroy McCoy

v.                                            No. 5:06CV00275 JLH/HDY

BENNY MAGNESS, *et al.*                                                                               DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed.  After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court;s findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff Malik A. Khabir's request for injunctive relief in the form of access to a prayer rug is DENIED, and this case is DISMISSED WITH PREJUDICE.

DATED this 13th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE