IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GRADY NEWINGHAM; andPLAINTIFFS
MALIK A. KHABIR, ADC #106881,
a/k/a Leroy McCoy

v.No. 5:06CV00275 JLH/HDY

BENNY MAGNESS, *et al.*DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 13th day of December, 2010.

/s/ J. Leon Holmes
UNITED STATES DISTRICT JUDGE